UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22724-CIV-LENARD/O'SULLIVAN

**MAIDEN SPECIALTY INSURANCE COMPANY**,

    Plaintiff,

v.

**THREE CHEFS AND A CHICKEN, INC., RUDYARD A. MCDONNOUGH, RUDYARD MCDONNOUGH, JR., RICHARD MCDONNOUGH, and CHICKEN KITCHEN USA, LLC**,

    Defendants.
_____/

## DECLARATORY JUDGMENT

Declaratory judgment is hereby entered in favor of Defendants Three Chefs and a Chicken, Inc. ("Three Chefs"), Rudyard McDonnough, Rudyard McDonnough, Jr., Richard McDonnough, and Chicken Kitchen USA, LLC ("Chicken Kitchen") against Plaintiff Maiden Specialty Insurance Company ("Maiden Specialty") as alleged in Count 1 of the Amended Complaint (D.E. 24), filed August 23, 2012. The allegations of the complaint made by Chicken Kitchen against Three Chefs in case number 12-20891-CIV-HUCK are declared to be "personal and advertising injuries" as defined by policy of insurance number NBAA00595-1100, issued by Maiden Specialty to Three Chefs, and are therefore covered by the policy.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of March, 2014.

                                        _____
                                        **JOAN A. LENARD**
                                        **UNITED STATES DISTRICT JUDGE**