UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22724-CIV-LENARD/O'SULLIVAN

**MAIDEN SPECIALTY INSURANCE COMPANY**,

    Plaintiff,

v.

**THREE CHEFS AND A CHICKEN, INC., RUDYARD A. MCDONNOUGH, RUDYARD MCDONNOUGH, JR., RICHARD MCDONNOUGH, and CHICKEN KITCHEN USA, LLC**,

    Defendants.
_____/

**OMNIBUS ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 161), GRANTING IN PART AND DENYING IN PART DEFENDANTS/COUNTER-PLAINTIFFS THREE CHEFS AND A CHICKEN, INC., RUDYARD MCDONNOUGH, RUDYARD MCDONNOUGH, JR., AND RICHARD MCDONNOUGH'S MOTION FOR ATTORNEY FEES AND COSTS (D.E. 118), GRANTING IN PART AND DENYING IN PART DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR APPELLATE FEES (D.E. 156); AND DENYING DEFENDANTS/COUNTER-PLAINTIFFS' THIRD SUPPLEMENT TO MOTION FOR ATTORNEY FEES AND COSTS**

**THIS CAUSE** is before the Court upon the Report and Recommendation of Magistrate Judge John J. O'Sullivan ("Report," D.E. 161), issued January 28, 2014, recommending the Court (1) grant in part and deny in part Defendants/Counter-Plaintiffs Three Chefs and a Chicken, Inc., Rudyard McDonnough, Rudyard McDonnough, Jr., and Richard McDonnough's ("Defendants/Counter-Plaintiffs") Motion for Attorney Fees and Costs (D.E. 118), filed July 29, 2013, and (2) grant in part and deny in part

Defendants/Counter-Plaintiffs' Motion for Appellate Fees (D.E. 156), filed October 10, 2013. Defendants/Counter-Plaintiffs filed Objections to the Report on February 10, 2014 (D.E. 162), to which Plaintiff, Maiden Specialty Insurance Company ("Maiden Specialty") filed a Response on February 25, 2014 (D.E. 170). Maiden Specialty filed Objections to the Report on February 11, 2014 (D.E. 163), to which Defendants/Counter-Plaintiffs filed a Response on February 18, 2014 (D.E. 165). After the Magistrate Judge filed his Report, Defendants/Counter-Plaintiffs filed a Third Supplement to Motion for Attorney Fees and Costs (D.E. 173) on February 26, 2014, requesting additional fees and costs incurred as a result of litigation occurring after the Report was issued.

Upon review of the Magistrate Judge's well-reasoned Report, the Objections thereto, the Responses to the Objections, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 161) is **ADOPTED**;

2. Defendants/Counter-Plaintiffs Three Chefs and a Chicken, Inc., Rudyard McDonnough, Rudyard McDonnough, Jr., and Richard McDonnough's Motion for Attorney Fees (D.E. 118), filed July 29, 2013, is **GRANTED IN PART AND DENIED IN PART**;

3. Defendants/Counter-Plaintiffs Three Chefs and a Chicken, Inc., Rudyard McDonnough, Rudyard McDonnough, Jr., and Richard McDonnough's Motion for Appellate Fees (D.E. 156), filed October 10, 2013, is **GRANTED IN PART AND DENIED IN PART**;

    **4.**    Defendants/Counter-Plaintiffs Third Supplement to Motion for Attorney Fees and Costs (D.E. 173), filed February 26, 2014, is **DENIED**;

    **5.**    Defendants/Counter-Plaintiffs shall have and receive from Maiden Specialty the amount of $153,692.00 in attorney fees, for which sum let execution lie; and

    **6.**    Defendants/Counter-Plaintiffs shall have and receive from Maiden Specialty the amount of $2,083.83 in costs, for which sum let execution lie.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of March, 2014.

                                                _____
                                                **JOAN A. LENARD**
                                                **UNITED STATES DISTRICT JUDGE**